# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANIEL ALVAREZ GARCIA,

        Petitioner,    JUDGMENT IN A CIVIL CASE

vs.    CASE NO. 5:10CV3-2-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2010, Order.

                                            FRANK G. JOHNS, CLERK

January 22, 2010

                                            BY:  s/ Carolyn Bouchard
                                                    Carolyn Bouchard, Deputy Clerk